IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 14-00066, Case Name Chesapeake Bank v. Berger, et al.
Party Represented by Applicant: Keith Northern Receiver

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Garrett Alan Nail
Bar Identification Number 997924          State Georgia
Firm Name Thompson Hine LLP
Firm Phone # 4045412900          Direct Dial # 4044073610          FAX # 4045412900
E-Mail Address garrett.nail@thompsonhine.com
Office Mailing Address 3560 Lenox Road, Suite 1600, Atlanta, Georgia 30326

Name(s) of federal court(s) in which I have been admitted N.D. Ga.; M.D. Ga.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)          12/14/14 (Date)
Eric N. Heyer (Typed or Printed Name)          73037 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓ or Exemption Granted ___
The motion for admission is GRANTED ✓ or DENIED ___

Raymond A. Jackson
(Judge's Signature) United States District Judge
12/15/14 (Date)

FILED DEC 16 2014 Clerk, U.S. District C Norfolk, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| CHESAPEAKE BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STUART D. BERGER, et al., )<br>)<br>Defendants. )<br>) | Case No. 4:14-cv-66-RAJ |

## ORDER

Currently pending before the Court is a motion for the admission *pro hac vice* of Nail Garrett. Upon review of the motion, the Court hereby FINDS the application appropriate. It is, therefore, hereby ORDERED that Mr. Nail shall be, and hereby is, permitted to appear in and conduct proceedings in the above-captioned case in association with a member of the bar of this Court.

It is so ORDERED this 15th day of December, 2014.

/s/
Raymond A. Jackson
United States District Judge