IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| CHESAPEAKE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| v. | ) | 4:14-cv66 |
| | ) | |
| | ) | |
| STUART D. BERGER, | ) | |
| DEBORAH D. BERGER, | ) | |
| BERGER PROPERTIES OF OHIO LLC, | ) | |
| BERGER PROPERTIES OF FLORIDA LLC, | ) | |
| BERGER PROPERTIES OF TEXAS LLC, | ) | |
| BERGER PROPERTIES OF MARYLAND LLC, | ) | |
| S&D UNLIMITED OF TEXAS LLC, | ) | |
| S&D UNLIMITED LLC, | ) | |
| THE UNLIMITED GROUP LLC, | ) | |
| THE LAW OFFICES OF STUART BERGER PLLC | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PRELIMINARY LIST OF SIGNIFICANT ISSUES DISCOVERED BY RECEIVER IN FIRST 30 DAYS**

      As noted in the Receiver's Interim Report, the Defendants continue to assert the Order appointing the Receiver does not apply to real property of the Defendants that has not been pledged to Chesapeake Bank ("Bank") as security.  The Receiver and the Bank continue to maintain that the Order applies to both real property pledged by the Defendants to the Bank (collectively, the "Pledged Property") and to real property of the Defendants subject to judgment liens in favor of the Bank (collectively, the "Judgment Lien Property").  Defendants continue to refuse to provide the Receiver with access to the books and records of the Judgment Lien Property.  Notwithstanding these actions, the Receiver has, in limited circumstances, received directly from third parties some information concerning the Judgment Lien Properties such as, for example, notices of cancellation of property insurance.  Except as otherwise expressly stated herein, the information contained in this exhibit pertains to Pledged Property.

| PROPERTY WITH UNPAID MORTGAGES/DEEDS OF TRUST SENIOR TO CHESAPEAKE BANK | | | | |
|---|---|---|---|---|
| State | Address | City | Past-Due Amount | Months Delinquent |
| **Pledged Property:** | | | | |
| IL | 253 Delaware #17B | Chicago | $1,165.62 | Unpaid mortgage 2 months |
| IL | 233 E Erie | Chicago | $1,424.82 | Unpaid mortgage 2 months |
| IL | 254 Delaware #5C | Chicago | $1,597.72 | Unpaid mortgage 2 months |
| IL | 253 Delaware #13C | Chicago | $1,592.52 | Unpaid mortgage 2 months |
| | | Subtotal | $5,780.68 | |
| **Judgment Lien:** | | | | |
| MD | 6 properties[2] | See Footnote | $8,539.94 | Unpaid mortgage 2 months |
| OH | 3399 W 151st | Cleveland | $2,346.08 | Unpaid mortgage 2 months |
| OH | 750 Prospect | Cleveland | $1,717.78 | Unpaid mortgage 2 months |
| OH | 1401 W 75th | Cleveland | $948.10 | Unpaid mortgage 2 months |
| FL | 2841 N Ocean | Ft. Lauderdale | $1,749.51 | Unpaid mortgage 3 months |
| TX | 7 properties | | $20,000.00 | Unpaid mortgage 2 months |
| TX | 2424 Ave L | Galveston | $3,983.80 | Unpaid mortgage 2 months |
| TX | 7 properties | | $6,036.80 | Unpaid mortgage 2 months |
| | | Subtotal | $45,322.01 | |
| | | Total | $51,102.69 | |

[1] This table contains a list of properties subject to mortgages/deeds of trust senior to Chesapeake Bank, all of which mortgages/deeds of trust are delinquent with aggregate amounts past-due as reflected in the column titled "Past-Due Amount."

[2] 1500 Greenspring Rd., Lutherville, MD 21093; 10547 Twin Rivers Dr. D2, Columbia, MD 21044; 1809 Snow Meadow #301; Baltimore, MD 21209; 5 Windblown Ct., Baltimore, MD 21209; 8212 Oakleigh Rd., Parkville 21234; 12 Brandon Ct. #202, Lutherville, MD 21093.

| PLEDGED PROPERTY SUBJECT TO DELINQUENT TAXES | | | | |
|---|---|---|---|---|
| State | Address | City | Past-Due Amount | Status of Tax Certificate Sales |
| MD | 802 Stags Head Rd. | Baltimore | $16,650.00 | Sale in process |
| MD | 400 Five Farms Ln. | Lutherville | $8,751.00 | Sale in process |
| OH | 1401 W. 75th St. Unit C | Cleveland | $6,501.19 | Sale Complete |
| OH | 4782 Broadview Rd (10 units) | Cleveland | $24,119.14 | Sale Complete |
| OH | 1401 W 75 A Downstairs | Cleveland | $7,505.01 | Sale Complete |
| OH | 1401 W 75 St Unit #E | Cleveland | $9,041.02 | Sale Complete |
| OH | 2142 Wyandotte | Lakewood | $12,219.07 | Sale Complete |
| OH | 3214 W. 140th | Cleveland | $7,442.42 | Sale Complete |
| OH | 12100 Oak Park Blvd | Garfield Heights | $10,046.38 | Sale Complete |
| OH | 1371 Clarence Ave 101 Parking #1 | Lakewood | $17,900.26 | No knowledge of sale process |
| OH | 5415 Bridge (4 units) | Cleveland | 23,045.62 | No knowledge of sale process |
| OH | 9807 Robinson | Garfield Heights | $5,546.23 | No knowledge of sale process |
| OH | 5401 Bridge Ave, Unit 6 | Cleveland | $276.49 | No knowledge of sale process |
| OH | 1851 King James Pkwy. Unit 114 | Westlake | $3,907.97 | No knowledge of sale process |
| OH | 1401 W. 75th St. Unit B | Cleveland | $1,620.21 | No knowledge of sale process |
| OH | 3365 Spencer | Rocky River | $6,331.28 | No knowledge of sale process |
| OH | 1368 Brockley | Lakewood | $2,207.83 | No knowledge of sale process |
| OH | 1386 W 73rd | Cleveland | $96.14 | No knowledge of sale process |
| OH | 1457 Winchester | Lakewood | $5,959.42 | No knowledge of sale process |
| OH | 3140 Wooster Rd | Rocky River | $2,125.63 | No knowledge of sale process |
| OH | 3306 Bosworth | Cleveland | $1,374.25 | No knowledge of sale process |
| OH | 165 Berkshire | Avon Lake | $120.13 | No knowledge of sale process |
| OH | 20996 Detroit #16 | Rocky River | $3,371.63 | No knowledge of sale process |
| OH | 2750 Shadley St | Streetsboro | $2,448.49 | No knowledge of sale process |
| TX | 619 7th Street | Humble | $725.03 | No knowledge of sale process |
| | | Total | $179,331.84 | |

### PROPERTY INSURANCE ISSUES

| State | Address | City | Amount | Issue |
|---|---|---|---|---|
| **Pledged Property:** | | | | |
| FL | 2920 Center Ave | Ft. Lauderdale | $414.00 | Flood insurance for this property expired on October 14, 2014 and the Receiver is pursuing reinstratment. |
| | | Subtotal | $414.00 | |
| **Judgment Lien Property:** | | | | |
| TX | 2424 Ave L | Galveston | $293.75 | Previously cancelled insurance policy reinstated by Receiver. |
| TX | 2424 Ave L | Galveston | $485.00 | Flood insurance for this property expired on December 14, 2014. |
| | | Subtotal | $778.75 | |
| | | **Total** | **$1,192.75** | |

### PLEDGED PROPERTY MAINTENANCE ISSUES

| State | Address | City | Amount | Issue |
|---|---|---|---|---|
| OH | 15800 Detroit Ave | Lakewood | $2,221.00 | Unsafe electrical panels which posed a danger to the public were promptly replaced by Receiver. |
| | | **Total** | **$2,221.00** | |

### PLEDGED PROPERTY SUBJECT TO CONDEMNATION PROCEEDING OR LAWSUITS

| State | Address | City | Amount | Description |
|---|---|---|---|---|
| OH | 3306 Bosworth | Cleveland | $80,000 | Property subject to condemnation proceeding initiated by City of Cleveland. Intial purchase price of the property is approximately $80,000. |
| OH | 5415 Bridge Up | Cleveland | $470.00 | Lawsuit over security deposit |
| OH | 4782 Broadview Rd #9 | Cleveland | $2,000.00 | Lawsuit based on emotional damages |
| | | **Total** | **$82,470.00** | |

### PROTECTIVE ADVANCES BY CHESAPEAKE BANK

| | | |
|---|---|---|
| Property Insurance for Pledged Property and Judgment Lien Property. | | $23,189.00 |
| | **Total** | **$23,189.00** |

| PLEDGED PROPERTY RENT NOT TURNED OVER TO RECEIVER[3] | | | | |
|---|---|---|---|---|
| State | Address | City | Amount | Issue |
| OH | 1371 Clarence Ave. 102 Parking | Lakewood | $450.00 | Cash rent not turned over by Dr. Berger. |
| OH | 5403 Bridge 1 | Cleveland | $425.00 | Cash rent not turned over by Dr. Berger. |
| OH | 5401 Bridge Ave, Unit 6 | Cleveland | $650.00 | Cash rent not turned over by Dr. Berger. |
| OH | 5403 Bridge Ave, Unit 7 | Cleveland | $630.00 | Cash rent not turned over by Dr. Berger. |
| OH | 1401 W. 75th St. Unit B | Cleveland | $575.00 | Cash rent not turned over by Dr. Berger. |
| OH | 15726 Detroit Ave, #3 | Lakewood | $725.00 | Cash rent not turned over by Dr. Berger. |
| OH | 15726 Detroit Ave, #2 | Lakewood | $475.00 | Cash rent not turned over by Dr. Berger. |
| OH | 15804 Detroit Ave Driveup | Lakewood | $745.00 | Rent payment by check not turned over by Dr. Berger |
| OH | 2570 Shadley Street | Streetsboro | $795.00 | Rent payment by check not turned over by Dr. Berger |
| TX | 9531 Pagewood Lane | Houston | $825.00 | Rent payment by check not turned over by Dr. Berger |
| TX | 1502 29th | Galveston | $500.00 | Rent payment by check not turned over by Dr. Berger |
| | | Total: | $6,795.00 | |
| | **GRAND TOTAL** | | **$346,302.28** | |

[3] According to journal maintained by employee of the Defendants who reports to Dr. Berger