**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

**CHESAPEAKE BANK,**

    Plaintiff,

v.                                              **CIVIL ACTION NO.:  4:14cv66**

**STUART D. BERGER,**
**et al,**

    **Defendants.**

## CONSENTED MOTION FOR LEAVE TO WITHDRAW
## AS COUNSEL FOR DEFENDANTS

Undersigned counsel for Defendants Stuart D. Berger, Deborah D. Berger and The Law Offices of Stuart Berger, PLLC, as well as the remaining Defendants as to which this action has been stayed by the Court's Order entered February 25, 2015, respectfully moves for leave to withdraw as counsel of record in this action, and states the following in support of said motion:

1.      The above Defendants as to which this litigation continues are and have for some time been unable to pay attorneys' fees, as all assets of said Defendants are under the control of the Court's Receiver.

2.      Pursuant to Rule 1.16.(b)(4) of the Virginia Rules of Professional Conduct, a lawyer may withdraw from representing a client if the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable notice that the lawyer will withdraw unless the obligation is fulfilled.  As set forth in the attached Declaration of undersigned counsel, those conditions obtain here.

3.      The aforesaid Defendants, as well as the Plaintiff and the Court's Receiver, by their respective counsel, have all consented to this motion as indicated by their agreed

endorsements on the attached proposed Order (the original of which will be delivered to the Clerk's Office before close of business on June 10, 2015).

Accordingly, undersigned counsel respectfully requests that the Court grant this motion and enter the proposed Order with the consent of all parties.

                                                         STUART D. BERGER,
                                                         DEBORAH D. BERGER,
                                                         THE LAW OFFICES OF STUART BERGER, PLLC.

                                                       By:_____/s/Thomas S. Carnes_____
                                                            Counsel for Defendants

Thomas S. Carnes, Esquire
VSB No.: 17822
ROY, LARSEN, CARNES & ROMM, P.C.
109-A Wimbledon Square
Chesapeake, VA, 23320-4932
Telephone: 757-547-5101
Telefax: 757-547-9358
tscarnes@rlcrlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:

    Michael D. Mueller, Esquire
    VSB No.: 38216
    Christian & Barton, LLP
    909 East Main Street, Suite 1200
    Richmond, VA  23219-3095
    Telephone:  (804) 697-4100
    Facsimile:  (804) 697-6112
    Email:  mmueller@cblaw.com

Augustus Charles Epps, Jr., Esquire
VSB No.:  13254
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-6112
Email:  aepps@cblaw.com

Belinda Duke Jones, Esquire
VSB No.:  72169
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
Telephone:  (804) 697-4159
Facsimile:  (804) 697-6159
Email:  bjones@cblaw.com

Harrison Mann Gates, Esquire
VSB No.:  80385
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
Telephone:  (804) 697-4105
Facsimile:  (804) 697-6105
Email:  hgates@cblaw.com

Rowland Braxton Hill, IV, Esquire
VSB No.:  41539
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA  23219-3095
Telephone:  (804) 697-4108
Facsimile:  (804) 697-6108
Email:  bhill@cblaw.com

Jeffrey H. Gray, Esquire
VSB No.:  22304
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
Phone:  (757) 687-7500
Facsimile:  (757) 687-1554
Email:  Jeffrey.gray@troutmansanders.com

4

     /s/ Thomas S. Carnes
Thomas S. Carnes
VSB No.: 17822
ROY, LARSEN, CARNES & ROMM, P.C.
109-A Wimbledon Square
Chesapeake, VA, 23320-4932
Telephone: 757-547-5101
Telefax: 757-547-9358
tscarnes@rlcrlaw.com