# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**CHESAPEAKE BANK,**

    **Plaintiff,**

**v.**                                        **Civil Action No. 4:14-cv-66**

**STUART D. BERGER, et al.,**

    **Defendants.**

## ORDER ON MOTION TO RELEASE SECURITY

Upon consideration of Chesapeake Bank's Motion to Release Security (the "Motion"), any responses thereto, the record at any hearing thereon, and whereupon the Court finds that (i) it has jurisdiction over the Motion; (ii) notice of the Motion was proper and sufficient under the circumstances; and (iii) just cause exists to grant the relief requested in the Motion; it is

ORDERED that the Motion is GRANTED and

IT IS FURTHER ORDERED that the Clerk is directed to release the $50,000 cash bond posted by Chesapeake and forward same to its counsel, Michael D. Mueller at Christian & Barton, LLP, 909 E. Main Street, Suite 1200, Richmond, Virginia 23219.

Norfolk, Virginia  
January 30, 2017

                                        Raymond A. Jackson  
                                        United States District Judge

2083575